# EXHIBIT C - Net Sales

