**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA ANNE-MARIE PARKER,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-03012

Judge Jorge L. Alonso

Magistrate Judge Daniel P. McLaughlin

## JOINT STATUS REPORT

Pursuant to Minute Entry Order [37], Plaintiff, Lisa Anne-Marie Parker ("Plaintiff"), and Defendant No. 4 HAQUIL ("Defendant") (collectively, the "Parties"), submit this joint status report to confirm the following:

(1) The Parties met and conferred on May 22, 2026. At the meet and confer, counsel for Plaintiff provided counsel for Defendant with an updated settlement demand. Counsel for Defendant informed counsel for Plaintiff that he would speak to his client about Plaintiff's latest settlement demand and return with a response or a counteroffer. On June 1, 2026, Defendant rejected Plaintiff's last settlement demand and provided a counter-offer for Plaintiff's consideration.

(2) The Parties agree that they remain mutually interested in participating in a settlement conference.

(3) The Parties have reason to believe that a settlement conference will be productive given the present settlement posture. Defendant's Motion to Dismiss [28] is also now fully briefed.

(4) The Parties respectfully request that the settlement conference be conducted via video conference, as Defendant is located in Vietnam and counsel for Defendant is located in Phoenix, AZ.

DATED: June 1, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Patrick M. Jones* |
| Keith A. Vogt | Patrick M. Jones |
| FL Bar No. 1036084/IL Bar No. 6207971 | PMJ PLLC |
| Keith A. Vogt PLLC | 332 South Michigan Avenue |
| 1820 NE 163rd Street, Suite #306 | Suite 121, #5413 |
| North Miami Beach, Florida 33162 | Chicago, Illinois 60604 |
| Telephone: 312-971-6752 | Telephone: 312-404-3225 |
| E-mail: keith@vogtip.com | E-mail: pmj@pmjpllc.com |
| | |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANT*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 1, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt