**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lisa Anne–Marie Parker

                              Plaintiff,

v.                                        Case No.:
                                        1:26–cv–03012

                                        Honorable Jorge L.
                                        Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion [28] to dismiss is denied without prejudice while the parties engage in settlement negotiations. Defendant may refile the motion if the parties are unable to reach a settlement. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.