**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lisa Anne−Marie Parker

Plaintiff,

v.

Case No.: 1:26−cv−03012
Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: Attorneys−only ex parte settlement calls held on 8/31/26. The parties report progress in their negotiations. The remote settlement conference scheduled for 9/1/26 is stricken from the calendar. The parties are instead directed to file a joint status report on the progress or completion of their settlement negotiations by no later than 9/9/26. If the parties require the Court's assistance before 9/9/26, counsel should send an email to the Settlement Correspondence inbox. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.