**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA ANNE-MARIE PARKER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03012

Judge Jorge L. Alonso

Magistrate Judge Daniel P. McLaughlin

**JOINT STATUS REPORT**

Pursuant to the Court's August 31, 2026 Minute Entry [45], Plaintiff, Lisa Anne-Marie Parker ("Plaintiff"), and Defendant No. 4 HAQUIL ("Defendant") (collectively, the "Parties"), submit this joint status report to confirm the following:

The Parties have resolved this matter. Following the Court's August 31, 2026 *ex parte* settlement calls, the Parties reached an agreement in principle and, on September 4, 2026, executed a written settlement agreement resolving all claims between them. Plaintiff has received the settlement payment in full, and no payment obligation remains outstanding.

Concurrently filed with this status report is a Joint Stipulation of Dismissal without prejudice as to Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own attorneys' fees, costs, and expenses. Defendant is the last remaining defendant in this action following the Court's April 28, 2026, Default Judgment Order against the non-appearing defendants identified on First Amended Schedule A [32]. With the settlement between Plaintiff and Defendant now executed, no claims remain pending against any defendant.

DATED: September 9, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

*/s/ Patrick M. Jones*
Patrick M. Jones
PMJ PLLC
332 South Michigan Avenue
Suite 121, #5413
Chicago, Illinois 60604
Telephone: 312-404-3225
E-mail: pmj@pmjpllc.com

***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 9, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt