**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA ANNE-MARIE PARKER,

Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03012

Judge Jorge L. Alonso

Magistrate Judge Daniel P. McLaughlin

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, LISA ANNE-MARIE PARKER, and Defendant No. 4 HAQUIL, identified in Schedule A of the Complaint, hereby advise this Court that they have reached a settlement and hereby stipulate to a dismissal without prejudice.

Each party is to bear its own attorneys' fees, costs, and expenses.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

*/s/ Patrick M. Jones*
Patrick M. Jones
PMJ PLLC
332 South Michigan Avenue
Suite 121, #5413
Chicago, Illinois 60604
Telephone: 312-404-3225
E-mail: pmj@pmjpllc.com

***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 9, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt